# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT E. SPAETH,**

    Plaintiff,

  v.                                                                                     Case No. 18-CV-1332

**NANCY BERRYHILL,**
  *Deputy Commissioner for Operations,*
  *Social Security Administration,*

    Defendant.

## ORDER APPROVING JOINT STIPULATION FOR REMAND

On March 1, 2019, the parties filed a joint stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The stipulation will be approved.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the parties' joint Stipulation for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), ECF No. 20, is **APPROVED**.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On judicial remand, the Appeals Council will remand this matter to an administrative law judge to obtain medical expert testimony, if warranted; reevaluate the claimant's residual functional capacity and

the medical opinions of record; reevaluate the claimant's subjective allegations in accordance with Social Security Ruling 16-3p; and obtain supplemental vocational evidence or otherwise comply with Social Security Ruling 00-4p to resolve all apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified and the Dictionary of Occupational Titles.

**FINALLY, IT IS ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 1st day of March, 2019.

**BY THE COURT:**

*s/David E. Jones*
DAVID E. JONES
United States Magistrate Judge